1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11  JEFFERY DRYDEN,                                       )
                                                         )          Case No. 2:14-cv-01625-GMN-NJK
                              Plaintiff(s),              )
12                                                       )          ORDER DISCHARGING
    vs.                                                  )          ORDER TO SHOW CAUSE
13                                                       )
    JANITA FAEN, et al.,                                 )
14                                                       )
                              Defendant(s).              )
15  _____)

16          Pending before the Court is an order for Plaintiff Dryden to show cause why he should not be

17  sanctioned for filing an inaccurate application to proceed *in forma pauperis*.  Docket No. 13.  Plaintiff

18  replied.  Docket No. 19.  As a result, the Court deferred ruling on its Order to Show Cause and allowed

19  Plaintiff one final opportunity to file a true and correct application to proceed *in forma pauperis*.  Docket.

20  No. 23 at 3.  After reviewing Plaintiff's renewed application, the Court hereby **ORDERS** that:

21          1. Plaintiff's request to proceed *in forma pauperis* is GRANTED.  Plaintiff shall not be required

22             to pay the filing fee of four hundred dollars ($400.00).

23          2. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment

24             of any additional fees or costs or giving a security therefor. This Order shall not extend to the

25             issuance of  subpoenas at government expense.

26  //

27  //

28  //

1    3. The Court's Order to Show Cause is DISCHARGED.

2    4. The stay in this case is LIFTED.

3    Dated: October 15, 2015

4

5    _____
     NANCY J. KOPPE
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2