UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY L. DRYDEN, ) | Case No. 2:14-cv-01625-GMN-NJK |
| ) Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 55) |
| JANITA FAEN, et. al., ) | |
| ) | |
| Defendants. ) | |

On January 22, 2016, the Court stayed this case pending resolution of a related State Court action. Docket No. 44. Now pending before the Court is Defendants' Motion to Lift Stay. Docket No. 55. Defendants submit that the State Court action has been resolved on the merits and ask the Court to lift the stay in the instant case. *Id.* at 4. The deadline to respond to Defendants' motion was December 8, 2016. *See* LR 7-2(b); *see also* Fed. R. Civ. P. 6(d). To date, Plaintiff has not responded. *See* Docket. Accordingly, the Court may grant Defendants' motion as unopposed. LR 7-2(d). Additionally, the Court has reviewed the motion and finds that good cause exists to grant it. Therefore, Defendants' motion to lift stay, Docket No. 55, is hereby **GRANTED**. Defendants may renew their Motion to Dismiss no later than January 6, 2017.

IT IS SO ORDERED.

DATED: December 9, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge