UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY L. DRYDEN,<br><br>　　　　　　　　Plaintiff,<br>v.<br>JANITA FAEN, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-01625-GMN-NJK<br><br>ORDER<br><br>(Mot Cont ENE – ECF No. 61) |

Before the court is Defendants' Request to Vacate and Reschedule Early Neutral Evaluation (ECF No. 61). The motion was timely filed and requests a continuance based on the availability of Tort Claims Manager, Nancy L. Katafias. Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Defendants' Request to Vacate and Reschedule Early Neutral Evaluation (ECF No. 61) is **GRANTED**, and shall be continued from March 10, 2017, at 9:30 a.m., to **April 26, 2017, at 9:30 a.m.** in Chambers, Room 3071.

2. Confidential ENE statement shall be due to Chambers, Room 3071, no later than **4:00 p.m. April 19, 2017**.

3. All other instructions within the original Order Scheduling Early Neutral Evaluation shall remain in effect.

DATED this 18th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE