ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No.  10185
LYNDA P. KING
Assistant General Counsel
Nevada Bar No. 7047
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
elda.sidhu@unlv.edu
debra.pieruschka@unlv.edu
lynda.king@unlv.edu
*Attorneys for Served Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY L. DRYDEN,<br><br>Plaintiff,<br><br>vs.<br><br>JANITA FAEN; KAREN STRONG; JAMIE DAVIDSON; PHILLIP BURNS; JEFF WELLS; JAY SOUZA; ERIN FARRAR; STEPHANIE MUSSER; JAMES KAIKIS; each personally and in their official capacity; OFFICE OF STUDENT CONDUCT, a unit of the University of Nevada; and NEVADA SYSTEM OF HIGHER EDUCATION,<br><br>Defendants. | CASE NO.:  2:14-cv-01625-GMN-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** |

Debra L. Pieruschka, Esq., hereby files this Motion to Remove Counsel from Electronic Service List and Request for Discontinuation of Notice.

Debra L. Pieruschka, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel, represented Defendants, Phillip Burns ("**Burns**"), Juanita Fain ("**Fain**"), erroneously named "Janita Faen", Karen Strong ("**Strong**"), Jamie Davidson ("**Davidson**"), Jeff Wells ("**Wells**"), and Erin Farrar ("**Farrar**"), individually and in their official

capacity ("**Individually Served Defendants**"), the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**"), erroneously named Office of Student Conduct and Nevada System of Higher Education, (collectively "**Defendants**") in this matter. It is no longer necessary that Debra L. Pieruschka, Esq., receive electronic notice in this matter. Elda M. Sidhu, General Counsel, and Lynda P. King, Assistant General Counsel, continue to represent the Defendants and should continue to receive notice and remain on the electronic notice list.

Therefore, Debra L. Pieruschka, Esq., requests discontinuation of notice in these proceedings and that she be removed from the electronic service list in this matter.

DATED: <u>FEBRUARY 14, 2016</u>.

/S/   DEBRA L. PIERUSCHKA
ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
LYNDA P. KING
Assistant General Counsel
Nevada Bar No. 7047
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: February 15, 2017

NANCY J. KOPPE
United States Magistrate Judge

X:\Groups\General Counsel\LITIGATION FILES\Dryden, Jeffrey\FCT Age & Religious (01625)\Pleadings\Drafts\2017-01-19 Motion to Remove from ECF List.docx

2