**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY L. DRYDEN, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01625-GMN-NJK |
| vs. | ) ORDER |
| JANITA FAEN, et al., | ) |
| Defendant(s). | ) |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than March 7, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: March 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge