1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JEFFREY L. DRYDEN,            )
                              )
                              )
                 Plaintiff,   )    Case No. 2:14-cv-01625-GMN-NJK
                              )
vs.                           )    ORDER
                              )
JANITA FAEN, et al.,          )
                              )    (Docket No. 66)
               Defendants.   )

On March 1, 2017, when the parties had failed to timely file a joint proposed discovery plan and scheduling order, the Court ordered them to file, no later than March 7, 2017, a joint proposed discovery plan or a status report explaining why a discovery plan should not be filed at this time. Docket No. 65.  On March 7, 2017, Defendants filed a status report, wherein Defendants ask the Court to stay discovery pending the resolution of Defendants' motion to dismiss at Docket No. 59. *See* Docket No. 66 at 3 ("Defendants respectfully request that the Court refrain from entering a discovery plan pending the outcome of Defendants' Renewed Motion to Dismiss").  "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).  Moreover, Defendants provide no authority to support a stay of discovery, and the request is procedurally improper. *See* Docket No. 66.

If Defendants want to request a stay of discovery, they must do so by filing a motion on the docket that includes appropriate authority.  Any such motion must be filed no later than March 15, 2017.  If Defendants fail to file a motion to stay discovery by March 15, 2017, the parties must file a joint proposed discovery plan and scheduling order no later than March 17, 2017.  The filing of a motion to stay discovery by March 15, 2017, will stay discovery pending the Court's resolution of that motion.

IT IS SO ORDERED.

DATED: March 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge