UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY L. DRYDEN,<br><br>            Plaintiff,<br>    v.<br>JANITA FAEN, et al.,<br><br>            Defendants. | Case No. 2:14-cv-01625-GMN-NJK<br><br>ORDER<br><br>(Mot Vacate ENE – ECF No. 67) |

This matter is before the court on Defendants' Request to Vacate Early Neutral Evaluation (ECF No. 67). Dryden, who is appearing pro se, has not responded to defendants' pending motion to dismiss which was filed January 6, 2017 after Judge Koppe lifted the stay that had been in place until conclusion of a pending state case. See Oder, ECF No 58. The state case was concluded when the Nevada Supreme Court denied Dryden's appeal of a District Court order declaring Dryden a vexatious litigant on December 2, 2016.

The order lifting the stay in this case gave defendants until January 6, 2017 to renew an earlier filed motion to dismiss that was denied without prejudice along with a number of other pending motions when the stay was granted. A minute order regarding the requirement of *Klingele v. Eikenberry* and *Rand v. Rowland* was issued and served on the parties August 27, 2016, the day after defendants' original motion to dismiss was filed. See ECF No 16. Thus, plaintiff has been advised of the time frame and other requirements for responding to a dispositive motion, but has not done so. Conducting an ENE requiring 6 individual defendants who are key employees of UNLV, and the State Tort Fund's Manager to attend would be a waste of the parties' and the court's resources given the procedural posture of the case.

Having reviewed the motion and for good cause shown,

1    **IT IS ORDERED** that the ENE Conference scheduled for April 26, 2017, at 9:30 a.m., is
2    **VACATED**.
3    DATED this 17th day of March, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2