# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY L. DRYDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>JANITA FAEN, et al.,<br><br>    Defendants. | Case No. 2:14-cv-01625-GMN-NJK<br><br>ORDER GRANTING MOTION TO STAY<br><br>(Docket No. 69) |

Pending before the Court is Defendants' motion to stay discovery pending a ruling on their unopposed motion to dismiss. Docket No. 69. *See also* Docket No. 59. The motion to stay was filed on March 14, 2017, but Plaintiff has failed to file a response to date. *See* Docket; *see also* Local Rule 7-2(b). Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). Additionally, the Court has reviewed the motion and finds good cause for granting it. Because the motion is unopposed and for good cause shown, the motion to stay discovery pending a ruling on Defendants' unopposed motion to dismiss, Docket No. 69, is hereby **GRANTED**. In the event Defendants' motion to dismiss is not granted in full, the parties are **ORDERED** to file a joint discovery plan within 14 days of the order resolving that motion.

IT IS SO ORDERED.

DATED: March 29, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge